1  Jacob J. Rivas, No. 208504
   MARDEROSIAN, RUNYON, CERCONE,
2   LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPT., CHIEF
                  WILLIAM RECTOR, FORMER CHIEF STEVEN BRUMMER, FORMER CHIEF
6                 ERIC MATLOCK, OFFICERS S. PARKER, R. RIDDLE, R. RICE, M.
                  EASTMAN, M. PFLUGH, R. ROBISON, M. COTTLE, B. HILL, S. MILLER, G.
7                 JEHLE, B. HERRERA, J. GOMEZ, SGT. T. PRYOR, SGT. ENNIS, DETS. S.
                  CARVEL, B. NORRIS, A. GARNER, present or former members of the
8                 BAKERSFIELD CITY COUNCIL

9

10                          UNITED STATES DISTRICT COURT

11                               EASTERN DISTRICT

12                                                   1:04-CV-6420 AWI TAG
13  LARRY MOLINA, MICHAEL SMITH, and    )   Case No.
    RUDY YORK, individually and on behalf of )
14  a Class of Persons similarly situated, JOHN )   STIPULATION AND ORDER
    DOE 1, JOHN DOE 2, JOHN DOE 3, and   )   AMENDING SCHEDULING
15  JOHN DOE 4,                          )   CONFERENCE ORDER
                                         )
16          Plaintiffs,                  )   Trial: 2/27/06
                                         )
17     vs.                               )
                                         )
18  CITY OF BAKERSFIELD, BAKERSFIELD     )
    POLICE DEPT., CHIEF WILLIAM          )
19  RECTOR, FORMER CHIEF STEVEN          )
    BRUMMER, FORMER CHIEF ERIC           )
20  MATLOCK, OFFICER S. PARKER, Badge    )
    No. 628, OFFICER R. RIDDLE Badge No. )
21  603, OFFICER R. RICE, Badge No. 735, )
    OFFICER M. EASTMAN, badge No. 682,   )
22  OFFICER M. PFLUGH, Badge No. 563,    )
    OFFICER R. ROBISON, Badge No. 664,   )
23  OFFICER M. M. COTTLE, Badge No. 677, )
    OFFICER B. HILL, Badge No. 687,      )
24  OFFICER S. MILLER, OFFICER G. JEHLE, )
    OFFICER B. HERRERA, OFFICER J.       )
25  GOMEZ, SGT. T. PRYOR, SGT. ENNIS,    )
    DET. S. CARVEL, DET. B. NORRIS, DET. )
26  A. GARNER, IRMA CARSON, SUE          )
    BENHAM, MIKE MAGGARD, DAVID          )
27  COUCH, KEVIN MCDERMOTT, HAROLD       )
    HANSEN, JACQUIE SULLIVAN,            )
28  PATRICIA M. SMITH, GALEN B. CHOW,    )
    and MARK SALVAGGIO, all as present or

former members of the BAKERSFIELD CITY COUNCIL, and DOES I through X, inclusive,
                    Defendants.

---

IT IS HEREBY STIPULATED AND AGREED The parties, by and through their respective attorneys of record, hereby stipulate and agree to amended of the Scheduling Conference Order in the above-referenced matter as follows:

1. That the expert disclosure deadline, currently set for October 31, 2005, be continued to January 31, 2006

2. That the supplemental expert disclosure deadline currently set for November 30, 2005, be continued to February 28, 2006

3. That the non-expert discovery deadline currently set for October 31, 2005, be continued to January 31, 2006.

4. That expert discovery deadline set for January 20, 2006, be continued to April 20, 2006.

5. That the date for all non-dispositive motions to be filed with the court, set for January 20, 2006, and heard no later than February 13, 2006, be continued to April 20, 2006 and May 15, 2006.

6. That the date for all dispositive motions to be filed with the court, set for March 13, 2006, and heard no later than April 17, 2006, be continued to June 12, 2006 and July 17, 2006;

7. That the settlement conference date set for January 12, 2006, be continued to April 13, 2006 at 10:00 a.m.;

8. That pre-trial conference date set for June 2, 2006, be continued to September 1, 2006, at 8:30 a.m.;

9. That the trial date set for July 11, 2006, be continued to October 10, 2006.

///

///

1 | No other dates are changed by this Stipulation or Order.

3 | DATED: September 20, 2005

By: /s/ Bruce W. Nickerson
BRUCE W. NICKERSON,
Attorney for Plaintiff

7 | DATED: September 22, 2005         MARDEROSIAN, RUNYON, CERCONE,
LEHMAN & ARMO

By: /s/ Jacob J. Rivas
JACOB J. RIVAS
Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that:

1   That the expert disclosure deadline, currently set for October 31, 2005, be continued to January 31, 2006

2.   That the supplemental expert disclosure deadline currently set for November 30, 2005, be continued to February 28, 2006

3.   That the non-expert discovery deadline currently set for October 31, 2005, be continued to January 31, 2006.

4.   That expert discovery deadline set for January 20, 2006, be continued to April 20, 2006.

5.   That the date for all non-dispositive motions to be filed with the court, set for January 20, 2006, and heard no later than February 13, 2006, be continued to April 20, 2006 and May 15, 2006.

6.   That the date for all dispositive motions to be filed with the court, set for March 13, 2006, and heard no later than April 17, 2006, be continued to June 12, 2006 and July 17, 2006;

1   7.   That the settlement conference date set for January 12, 2006, be continued to April 20,
2   2006 at 10:00 a.m.;
3   8.   That pre-trial conference date set for June 2, 2006, be continued to September 1, 2006,
4   at 8:30 a.m.;
5   9.   That the trial date set for July 18, 2006, be continued to October 10, 2006.
6   IT IS SO ORDERED.

DATED: September 26, 2005          _____
                                   UNITED STATES MAGISTRATE JUDGE