IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOLINA, et al., ) | CV F 04-6420 AWI TAG |
| Plaintiffs, ) | |
| ) | ORDER REGARDING STIPULATED DISMISSAL FILED ON NOVEMBER 11, 2005 |
| v. ) | |
| CITY OF BAKERSFIELD, et al., ) | |
| ) | [Documents 19 & 20] |
| Defendants. ) | |

On November 11, 2005, the parties filed a stipulated dismissal and proposed order dismissing Kraig Harmon as a Plaintiff in this action. On November 11, 2005, the parties filed a stipulated dismissal and proposed order dismissing Daniel Arias as a Plaintiff in this action.

A review of the docket and file in this action reveals that neither Kraig Harmon nor Daniel Arias are named Plaintiffs in this action.  While the complaint names Doe Defendants, no motion to substitute Kraig Harmon or Daniel Arias in place of the Does has ever been filed.  In addition, the stipulated dismissals and proposed orders do not address the Does.

Accordingly, the parties are HEREBY INFORMED that the court will take no action on the submitted stipulated dismissals and proposed orders.

IT IS SO ORDERED.

**Dated:   November 14, 2005**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE