IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOLINA, et al.,          )<br>                                             )<br>              Plaintiffs,          )<br>                                             )<br>     v.                                   )<br>                                             )<br>CITY OF BAKERSFIELD, et al., )<br>                                             )<br>              Defendants.       )<br>_____ ) | CV F 04-6420 AWI TAG<br><br>ORDER DISMISSING CLAIMS<br>OF DOES 2 AND 5<br><br>[Documents 22 & 23] |

      On November 11, 2005, the parties filed a stipulated dismissal and proposed order dismissing Kraig Harmon and Daniel Arias as Plaintiffs in this action.  On November 15, 2005, this Court entered an order stating that it would take no action on the stipulated dismissals and proposed orders because neither Kraig Harmon nor Daniel Arias were named or identified as Plaintiffs in this action.

      Later on November 15, 2005, the parties again filed stipulated dismissals and proposed orders for dismissing Kraig Harmon and Daniel Arias as Plaintiffs in this action.  These stipulations and proposed orders, however, identify Kraig Harmon as Doe No. 2 and Daniel Arias as Doe No. 5.  As all parties have now stipulated that the claims of Harmon and Arias as Does 2 and 5, respectively, against Defendants should be dismissed with prejudice, dismissal is appropriate.  See Fed. R. Civ. Pro. 41(a).

//

//

1 | Accordingly, IT IS HEREBY ORDERED that the claims of only Doe No. 2, Kraig
2 | Harmon, and Doe No. 5, Daniel Arias, against Defendants in above entitled action are
3 | DISMISSED with prejudice.
4 | IT IS SO ORDERED.
5 | Dated:   **November 16, 2005**            **/s/ Anthony W. Ishii**
    0m8i78                                              UNITED STATES DISTRICT JUDGE

2