| | |
|---|---|
| 1 | Jacob J. Rivas, No. 208504 |
| | MARDEROSIAN, RUNYON, CERCONE, |
| 2 |  LEHMAN & ARMO |
| | 1260 Fulton Mall |
| 3 | Fresno, California 93721 |
| | Telephone:  (559) 441-7991 |
| 4 | Facsimile: (559) 441-8170 |
| 5 | Attorneys for:  Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPT., CHIEF WILLIAM RECTOR, FORMER CHIEF STEVEN BRUMMER, FORMER CHIEF ERIC MATLOCK, OFFICERS S. PARKER, R. RIDDLE, R. RICE, M. EASTMAN, M. PFLUGH, R. ROBISON, M. COTTLE, B. HILL, S. MILLER, G. JEHLE, B. HERRERA, J. GOMEZ, SGT. T. PRYOR, SGT. ENNIS, DETS. S. CARVEL, B. NORRIS, A. GARNER, present or former members of the BAKERSFIELD CITY COUNCIL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARRY MOLINA, MICHAEL SMITH, and RUDY YORK, individually and on behalf of a Class of Persons similarly situated, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4, | Case No. 1:04-cv-6420 AWI TAG |
| | STIPULATED DISMISSAL OF CAUSES OF ACTION AND PARTIES, AND ORDER |
| Plaintiffs, | |
| vs. | |
| CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPT., CHIEF WILLIAM RECTOR, FORMER CHIEF STEVEN BRUMMER, FORMER CHIEF ERIC MATLOCK, OFFICER S. PARKER, Badge No. 628, OFFICER R. RIDDLE Badge No. 603, OFFICER R. RICE, Badge No. 735, OFFICER M. EASTMAN, badge No. 682, OFFICER M. PFLUGH, Badge No. 563, OFFICER R. ROBISON, Badge No. 664, OFFICER M. M. COTTLE, Badge No. 677, OFFICER B. HILL, Badge No. 687, OFFICER S. MILLER, OFFICER G. JEHLE, OFFICER B. HERRERA, OFFICER J. GOMEZ, SGT. T. PRYOR, SGT. ENNIS, DET. S. CARVEL, DET. B. NORRIS, DET. A. GARNER, IRMA CARSON, SUE BENHAM, MIKE MAGGARD, DAVID COUCH, KEVIN MCDERMOTT, HAROLD HANSEN, JACQUIE SULLIVAN, PATRICIA M. SMITH, GALEN B. CHOW, and MARK SALVAGGIO, all as present or | |

former members of the BAKERSFIELD CITY COUNCIL, and DOES I through X, inclusive,
        Defendants.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, their respective counsel that the following causes of action and parties be dismissed with prejudice in exchange for a waiver of costs of fees in this matter.

1. That the following causes of action are dismissed with prejudice:
    a. 42 U.S.C. section 1983 - First Amendment Claim
    b. 42 U.S.C. section 1985(3) - Conspiracy
    c. 18 U.S.C. section 1961 et seq. - RICO
    d. California Civil Code section 52.1(b)
    e. Unruh Act
    f. Intentional Infliction of Emotional Distress
    g. 42 U.S.C. section 1983 - Fourth Amendment Unreasonable Search Claim
    h. Negligence
    I. Negligent Retention, Hiring, and Training
    j. Negligent Infliction of Emotional Distress
    k. Malicious Prosecution
2. That the only remaining causes of action herein are as follows:
    a. 42 U.S.C. section 1983 - Fourth Amendment False Arrest Claim
    b. 42 U.S.C. section 1983 - Fourteenth Amendment Equal Protection/Selective Enforcement Claim
    c. 42 U.S.C. section 1983 - Monell Claim
3. That the following parties are dismissed with prejudice:
    a. City of Bakersfield
    b. Bakersfield Police Department
    c. Former Chief Brummer
    d. Former Chief Matlock

| | | |
|---|---|---|
| 1 | e. | Irma Carson |
| 2 | f. | Sue Benham |
| 3 | g. | Mike Maggard |
| 4 | h. | David Couch |
| 5 | I. | Kevin McDermott |
| 6 | j. | Harold Hansen |
| 7 | k. | Jacquie Sullivan |
| 8 | l. | Patricia M. Smith |
| 9 | m. | Galen B. Chow |
| 10 | n. | Mark Salvaggio |
| 11 | o. | Officer S. Parker |
| 12 | p. | Officer R. Riddle |
| 13 | q. | Officer R. Robison |
| 14 | r. | Officer B. Hill |
| 15 | s. | Officer S. Miller |
| 16 | t. | Officer G. Jehle |
| 17 | u. | Officer B. Herrera |
| 18 | v. | Officer J. Gomez |
| 19 | w. | Sgt. T. Pryor |
| 20 | x. | Sgt. Ennis |
| 21 | y. | Det. S. Carvel |
| 22 | z. | Det. B. Norris |
| 23 | aa. | Det. A. Garner |

24.     4.    That the only remaining parties to this case are as follows:

25.            a.    Officer R. Rice
26.            b.    Officer M. Pflugh
27.            c.    Officer M. Cottle
28.            d.    Officer M. Eastman

  E. Chief Bill Rector

The dismissal of the foregoing causes of action and parties is with prejudice.

Dated: January 12, 2006    MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

/s/ Jacob J. Rivas, Esq.

By: _____
JACOB J. RIVAS
Attorneys for above-named defendants

Dated: January 13, 2006

/s/ Bruce W. Nickerson, Esq.

By: _____
BRUCE W. NICKERSON,
Attorneys for Plaintiffs

## ORDER

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED**:

1. That the following causes of action are dismissed with prejudice:

  a. 42 U.S.C. section 1983 - First Amendment Claim

  b. 42 U.S.C. section 1985(3) - Conspiracy

  c. 18 U.S.C. section 1961 et seq. - RICO

  d. California Civil Code section 52.1(b)

  e. Unruh Act

  f. Intentional Infliction of Emotional Distress

  g. 42 U.S.C. section 1983 - Fourth Amendment Unreasonable Search Claim

  h. Negligence

  I. Negligent Retention, Hiring, and Training

  j. Negligent Infliction of Emotional Distress

  k. Malicious Prosecution

2. That the only remaining causes of action herein are as follows:

    a. 42 U.S.C. section 1983 - Fourth Amendment False Arrest Claim

    b. 42 U.S.C. section 1983 - Fourteenth Amendment Equal Protection/Selective Enforcement Claim

    c. 42 U.S.C. section 1983 - Monell Claim

3. That the following parties are dismissed with prejudice:

    a. City of Bakersfield
    b. Bakersfield Police Department
    c. Former Chief Brummer
    d. Former Chief Matlock
    e. Irma Carson
    f. Sue Benham
    g. Mike Maggard
    h. David Couch
    I. Kevin McDermott
    j. Harold Hansen
    k. Jacquie Sullivan
    l. Patricia M. Smith
    m. Galen B. Chow
    n. Mark Salvaggio
    o. Officer S. Parker
    p. Officer R. Riddle
    q. Officer R. Robison
    r. Officer B. Hill
    s. Officer S. Miller
    t. Officer G. Jehle
    u. Officer B. Herrera
    v. Officer J. Gomez

1         w.    Sgt. T. Pryor

2         x.    Sgt. Ennis

3         y.    Det. S. Carvel

4         z.    Det. B. Norris

5         aa.    Det. A. Garner

6     4.    That the only remaining parties to this case are as follows:

7         a.    Officer R. Rice

8         b.    Officer M. Pflugh

9         c.    Officer M. Cottle

10         d.    Officer M. Eastman

11         e.    Chief Bill Rector

12     The dismissal of the foregoing causes of action and parties is with prejudice.

13   IT IS SO ORDERED.

14   **Dated:   January 18, 2006**                **/s/ Anthony W. Ishii**
     0m8i78                                         UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28