1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LARRY MOLINA, et al.,** | ) | **CV F 04-6420 AWI TAG** |
| | ) | |
| **Plaintiffs**, | ) | **ORDER ON THE PARTIES'S** |
| | ) | **JOINT RULE 60(b) MOTION,** |
| **v.** | ) | **STIPULATION FOR** |
| | ) | **DISMISSAL OF PARTIES AND** |
| **CITY OF BAKERSFIELD, et al.,** | ) | **CLAIMS, and VACATING** |
| | ) | **HEARING OF MARCH 13,** |
| **Defendants.** | ) | **2006** |
| _____ | ) | |

10

11

12

13

14

15

16    This case arises out of a series of arrests in Bakersfield, California by members of the

17  Bakersfield Police Department.  Plaintiffs allege violations of their civil rights.  The complaint

18  for damages contains fourteen (14) causes of action against thirty-two (32) defendants.

19    In order to narrow the scope of the litigation, the parties filed a stipulation and proposed

20  order of dismissal on January 17, 2006.  The proposed order was signed by this Court on January

21  19, 2006. On January 31, 2006, however, the parties filed this a Rule 60(b) motion.  According

22  to the parties, a prior stipulation (hereafter "Stipulation #1") had been proposed by Defendants

23  whereby eleven (11) causes of action and twenty-seven (27) defendants would be dismissed.

24  Stipulation #1 was unacceptable to Plaintiffs, but a second stipulation (hereafter "Stipulation

25  #2") that dismissed ten (10) causes of action and twenty-two (22) defendants was later agreed

26  upon.

27    Unfortunately, Stipulation #1 was filed with the Court instead of Stipulation #2.  Thus,

28  certain causes of action and certain parties where dismissed from this case even though the intent

1 | of the parties was for some of the dismissed causes of action and parties to remain.  According to

2 | the parties's joint Rule 60(b) motion and the supporting declarations of Plaintiffs's counsel and

3 | Defendants's counsel, Stipulation #1 was filed inadvertently and by mistake.  See January 25,

4 | 2006, Declaration of Bruce Nickerson; January 30, 2006, Declaration of Jacob Rivas.  In order to

5 | correct this error, the parties have filed this Rule 60(b) motion and request that the Court

6 | "relieve" the parties of the January 19, 2006, order and give effect to Stipulation #2.

7 | *DISCUSSION*

8 | Federal Rule of Civil Procedure 60(b)(1), in relevant part, provides:

9 | On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the

10 | following reasons: (1) mistake, inadvertence, surprise, or excusable neglect . . . The motion shall be made within a reasonable time, and for reasons (1) . . . not

11 | more than one year after the judgment, order, or proceeding was entered or taken.

12 | Fed. R. Civ. P. 60(b)(1); see also TCI Group Life Ins. Plan v. Knoebber, 244 F.3d 691, 695-96

13 | (9th Cir. 2001).  The application of Rule 60(b) is committed to the discretion of district courts,

14 | but, "as a general matter, Rule 60(b) is 'remedial in nature and ... must be liberally applied.'" Id.

15 | Here, the declarations of both Plaintiffs's attorney and Defendants's attorney make clear

16 | that the wrong stipulation was filed by mistake and/or inadvertence.  This motion is a joint

17 | motion, so there is no opposition.  Rule 60(b) is to be liberally applied and it is appropriate in this

18 | case to relieve the parties of the January 19, 2006, on the grounds of mistake and inadvertence.

19 | Additionally, the Court will give effect to Stipulation #2.

20 | Accordingly, IT IS HEREBY ORDERED that:

21 | 1.   The parties's joint Rule 60(b) motion is GRANTED and this Court's Order of

22 | January 19, 2006, which is document No. 26 in the Court's Docket, is

23 | VACATED;

24 | 2.   The hearing on this matter that was set for March 13, 2006, is VACATED as

25 | moot;

26 | 3.   As per the stipulation of the parties which is attached as Exhibit B to the January

27 |

28 |

30, 2006, Declaration of Jacob J. Rivas, the following causes of action and parties are DISMISSED from this case with prejudice:

CAUSES OF ACTION

(1)    42 U.S.C. § 1983 – First Amendment Claim

(2)    42 U.S.C. § 1985(3) – Conspiracy

(3)    18 U.S.C. § 1961 et seq. – RICO

(4)    California Civil Code § 52.1(b)

(5)    California Unruh Act

(6)    Intentional Infliction of Emotional Distress

(7)    42 U.S.C. § 1983 – Fourth Amendment Unreasonable Search Claim

(8)    Negligence

(9)    Negligent Infliction of Emotional Distress

(10)    Malicious Prosecution

PARTIES

(1)    Bakersfield Police Department

(2)    Sue Benham

(3)    Kevin McDermott

(4)    Harold Hansen

(5)    Patricia M. Smith

(6)    Galen B. Chow

(7)    Officer S. Parker

(8)    Officer R. Riddle

(9)    Officer R. Robison

(10)    Officer B. Hill

(11)    Officer S. Miller

1        (12)     Officer G. Jehle

2        (13)     Officer B. Herrara

3        (14)     Officer J. Gomez

4        (15)     Det. S. Carvel

5        (16)     Det. B. Norris

6        (17)     Det. A. Garner

7        (18)     Irma Carson

8        (19)     Mike Maggard

9        (20)     David Couch

10        (21)     Jacquie Sullivan

11        (22)     Mark Salvaggio;

12    4.    The following parties remain in this case as Defendants:

13        (1)     Officer R. Rice

14        (2)     Officer M. Pflugh

15        (3)     Officer M. Cottle

16        (4)     Officer M. Eastman

17        (5)     Chief Bill Rector

18        (6)     City of Bakersfield

19        (7)     Former Chief Brummer

20        (8)     Former Chief Matlock

21        (9)     Sgt. T. Pryor

22        (10)     Sgt. Ennis;

23    5.    The following claims/causes of action remain in this case:

24        (1)     42 U.S.C. § 1983 – Fourth Amendment False Arrest Claim

25        (2)     42 U.S.C. § 1983 – Fourteenth Amendment Equal Protection/Selective

26                Enforcement Claim

27

28

(3)    42 U.S.C. § 1983 – Monell Claim; and

(4)    Negligent Retention, Hiring, and Training.

IT IS SO ORDERED.

**Dated:    February 22, 2006**                         **/s/ Anthony W. Ishii**
0m8i78                                                                UNITED STATES DISTRICT JUDGE

5