231 Manor Drive
San Carlos, CA 94070
Tel: (650) 594-0195

ERIC H. SCHWEITZER, C.B.N. 179776
2150 Tulare Street
Fresno, CA 93721
(559) 266-9800

Attorneys for the Plaintiff Class

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MOLINA, MICHAEL SMITH, RUDY YORK, And does 1 THROUGH 7, | No: CIV F-04-6420 AWI/ TAG |
| Plaintiffs, | **STIPULATION TO RE-SCHEDULE SETTLEMENT CONFERENCE and PROPOSED ORDER** |
| vs. | |
| CITY OF BAKERSFIELD, OFFICER RICE, OFFICER PFLUGH, OFFICER COTTLE, OFFICER EASTMAN, AND. DOES I through X, inclusive) | Date: June 1, 2006 Time: 10:00 a.m. |
| Defendants. | Hon: Theresa Goldner |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated by and between the parties that a Settlement Conference be scheduled June 1, 2006 at 10:00 a.m. in Bakersfield before the Hon. Theresa Goldner. Plaintiff will file a Confidential Settlement Conference Statement with Judge Goldner on or before May 25, 2006.

Dated: May 8, 2006                    s/s <u>Bruce W. Nickerson</u>

Dated: May 8, 2006                    s/s <u>Jacob J. Rivas</u>

-4-

## ORDER

GOOD CAUSE THERE APPEARING, and it being stipulated by the respective parties, it is hereby Ordered that a Settlement Conference shall be held June 1, 2006 at 10:00 a.m. before this Court in Bakersfield, California. Defendants having previously filed a Confidential Settlement Conference Statement, Plaintiffs are hereby Ordered to do likewise on or before May 25, 2006.

Dated: 5/26/2006

Theresa Goldner
U.S. Magistrate Judge