**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY MOLINA, et al., ) | CV F 04-6420 AWI TAG |
| ) | |
| Plaintiffs, ) | ORDER VACATING |
| ) | SUMMARY JUDGMENT |
| v. ) | HEARING |
| ) | |
| CITY OF BAKERSFIELD, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

     Currently pending before the Court is Plaintiffs's motion for summary judgment. Hearing on this motion is set for July 17, 2006, at 1:30 p.m. Late on the afternoon of June 21, 2006, the Court received word that this case has conditionally settled, pending approval from the Bakersfield City Council. The parties request that the hearing date be vacated in light of the conditional settlement.

     Accordingly, good cause appearing due to the conditional settlement, the July 17, 2006, hearing is hereby VACATED. If the conditional settlement is approved, the parties are directed to send notice of settlement to the court and concurrently file a motion to dismiss. Should the conditional settlement not be approved, the parties are to report to the magistrate judge for a new scheduling order.

IT IS SO ORDERED.

**Dated:   June 22, 2006**                                              /s/ Anthony W. Ishii
0m8i78                                                              UNITED STATES DISTRICT JUDGE