1  Jacob J. Rivas, No. 208504
   MARDEROSIAN, RUNYON, CERCONE,
2    LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone:  (559) 441-7991
4  Facsimile: (559) 441-8170

5  Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPT., CHIEF
                    WILLIAM RECTOR, FORMER CHIEF STEVEN BRUMMER, FORMER CHIEF
6                   ERIC MATLOCK, OFFICERS S. PARKER, R. RIDDLE, R. RICE, M.
                    EASTMAN, M. PFLUGH, R. ROBISON, M. COTTLE, B. HILL, S. MILLER, G.
7                   JEHLE, B. HERRERA, J. GOMEZ, SGT. T. PRYOR, SGT. ENNIS, DETS. S.
                    CARVEL, B. NORRIS, A. GARNER, present or former members of the
8                   BAKERSFIELD CITY COUNCIL

9

10                       UNITED STATES DISTRICT COURT

11                            EASTERN DISTRICT

12

13  LARRY MOLINA, MICHAEL SMITH, and        )    Case No. CIV-F-04-6420 AWI TAG
    RUDY YORK, individually and on behalf of )
14  a Class of Persons similarly situated, JOHN )   **STIPULATED DISMISSAL AND**
    DOE 1, JOHN DOE 2, JOHN DOE 3, and      )    **ORDER**
15  JOHN DOE 4,                             )
                                            )
16            Plaintiffs,                   )
                                            )
17        vs.                               )
                                            )
18  CITY OF BAKERSFIELD, BAKERSFIELD        )
    POLICE DEPT., CHIEF WILLIAM             )
19  RECTOR, FORMER CHIEF STEVEN             )
    BRUMMER, FORMER CHIEF ERIC              )
20  MATLOCK, OFFICER S. PARKER, Badge       )
    No. 628, OFFICER R. RIDDLE Badge No.    )
21  603, OFFICER R. RICE, Badge No. 735,    )
    OFFICER M. EASTMAN, badge No. 682,      )
22  OFFICER M. PFLUGH, Badge No. 563,       )
    OFFICER R. ROBISON, Badge No. 664,      )
23  OFFICER M. M. COTTLE, Badge No. 677,    )
    OFFICER B. HILL, Badge No. 687,         )
24  OFFICER S. MILLER, OFFICER G. JEHLE,    )
    OFFICER B. HERRERA, OFFICER J.          )
25  GOMEZ, SGT. T. PRYOR, SGT. ENNIS,       )
    DET. S. CARVEL, DET. B. NORRIS, DET.    )
26  A. GARNER, IRMA CARSON, SUE             )
    BENHAM, MIKE MAGGARD, DAVID             )
27  COUCH, KEVIN MCDERMOTT, HAROLD          )
    HANSEN, JACQUIE SULLIVAN,               )
28  PATRICIA M. SMITH, GALEN B. CHOW,       )
    and MARK SALVAGGIO, all as present or

former members of the BAKERSFIELD
CITY COUNCIL, and DOES I through X,
inclusive,

        Defendants.

_____

     **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through

their respective counsel, that all defendants and the above-entitled action herein be dismissed with

prejudice.

Dated: August 21, 2006             MARDEROSIAN, RUNYON, CERCONE
                                            LEHMAN & ARMO

                                       /s/ Jacob J. Rivas, Esq.
                        By:_____
                          JACOB J. RIVAS,
                          Attorney for defendants above-named.

Dated: August 21, 2006

                                    /s/ Bruce W. Nickerson, Esq.
                        By:_____
                          BRUCE W. NICKERSON
                          Attorney for Plaintiffs

## ORDER

     The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice
> of dismissal at any time before service by the adverse party of an answer or of a motion
> for summary judgment, whichever first occurs, or (ii) by filing a stipulation of
> dismissal signed by all parties who have appeared in the action. Unless otherwise
> stated in the notice of dismissal or stipulation, the dismissal is without prejudice,
> except that a notice of dismissal operates as an adjudication upon the merits when filed
> by a plaintiff who has once dismissed in any court of the United States or of any state
> an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer,

by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an

oral stipulation in open court will also suffice. <u>Carter v. Beverly Hills Sav. & Loan Asso.</u>, 884 F.2d

1186, 1191 (9th Cir. 1989); <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 (9th Cir. 1986).  Once the

stipulation between the parties who have appeared is properly filed or made in open court, no order

of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473

n.4.  Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule

41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.  <u>See</u>

Fed. R. Civ. Pro. 41(a)(1)(ii); <u>In re Wolf</u>, 842 F.2d at 466; <u>Gardiner</u>, 747 F.2d at 1189; <u>see also</u>

<u>Gambale</u>, 377 F.3d at 139; <u>Commercial Space Mgmt</u>, 193 F.3d at 1077; <u>cf. Wilson</u>, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the

Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii)

Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:    August 24, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                          UNITED STATES DISTRICT JUDGE

3